B5 (Official Form  5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| **Northern**  District of  **Illinois** | |

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>PRICE ALLEN INCORPORATED | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>JAKE RETAIL GROUP LLC |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):  UNKNOWN | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>5215 N. RAVENSWOOD AVENUE<br>#101<br>CHICAGO, IL | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o LANCE P. LAWSON<br>340 N. OGDEN AVENUE<br>CHICAGO, IL  60607 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>COOK, 60640                                          ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor (Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business (Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
### (Check applicable boxes)

|  | COURT USE ONLY |
|---|---|

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____ PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____

Signature of Petitioner or Representative (State title)

LUTZ & PATMOS

Name of Petitioner                 Date Signed  7/10/09

Name & Mailing        Lutz & Patmos
Address of Individual   425 West 13th Street, Ste 406
Signing in Representative  NY, NY 10014
Capacity

x_____

Signature of Attorney                 Date

Perkins Coie LLP

Name of Attorney Firm (If any)

Address 131 S. Dearborn
Suite 1700
Chicago, IL 60603

Telephone No. 312.324.8400

---

x_____

Signature of Petitioner or Representative (State title)

LOEFFLER RANDALL

Name of Petitioner                 Date Signed  7/7/09

Name & Mailing        Loeffler Randall
Address of Individual   525 Broadway, Ste. 200
Signing in Representative  NY, NY 10012
Capacity

x_____

Signature of Attorney                 Date

Perkins Coie LLP

Name of Attorney Firm (If any)

Address 131 S. Dearborn
Suite 1700
Chicago, IL 60603

Telephone No. 312.324.8400

---

x_____

Signature of Petitioner or Representative (State title)

Name of Petitioner                 Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____

Signature of Attorney                 Date

Name of Attorney Firm (If any)

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner LUTZ & PATMOS | Nature of Claim  GOODS SOLD | Amount of Claim  $45,844.63 |
| Name and Address of Petitioner LOEFFLER RANDALL | Nature of Claim  GOODS SOLD | Amount of Claim  27,513.30 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor   PRICE ALLEN INC.

Case No._____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)

x_____
Signature of Attorney                        Date

Name of Petitioner   LAURENCE DACANE

Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

x_____
Signature of Attorney                        Date

Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

x_____
Signature of Attorney                        Date

Name of Petitioner                        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**B5 (Official Form  5) (12/07) – Page 2**                    Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
THE WILLOW  FASHION  GROUP PTY LTD

Name of Petitioner                    Date Signed

Name & Mailing  2A/11A KIPPAX ST, SURRY HILLS NSW 2010
Address of Individual  AUSTRALIA
Signing in Representative  KEZIA RATNAWAT!
Capacity  FINANCIAL CONTROLLER

x _____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                    Date

Name of Attorney Firm (If any)
Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| THE WILLOW FASHION GROUP PTY LTD | GOODS SOLD | US 23841 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form  5) (12/07) – Page 2        **Name of Debtor**    PRICE ALLEN INC.

**Case No.** _____

| **TRANSFER OF CLAIM** |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x _Dan M. Tyrn_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| *TUCKER BY GABY BASORA INC. PRESIDENT* | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing *TUCKER BY GABY BASORA* | |
| Address of Individual *423 W. 14th St 3R* | |
| Signing in Representative *NY NY 10014* | |
| Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner *Tucker by gaby basora* | Nature of Claim *goods sold* | Amount of Claim *48 K* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) -- Page 2

Name of Debtor____ PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney                    Date |
| Tashkent by cheyenne        7/10/09 | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity        Tashkent by cheyenne 49 South 1st street  Ste. 1 Brooklyn, NY 11211 | Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney                    Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney                    Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner Tashkent by Cheyenne 49 S. 1st St St. 1, Brooklyn NY 11211 | Nature of Claim Goods sold | Amount of Claim 1913.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2        Name of Debtor    PRICE ALLEN INC.

Case No.

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Name of Petitioner     Date Signed 7/12/09 | Name of Attorney Firm (If any) |
| Name & Mailing Tim Hamilton Design Address of Individual 195 Cheysne St. 701 E Signing in Representative Ny. NY 10002 Capacity    917 7674322 Lila Hamilton | Address Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner Tim Hamilton Design Inc | Nature of Claim Goods Sold | Amount of Claim $28,477.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ CEO | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner   NYDES-SPURR GROUP LLC   Date Signed 15 July 2009 | Name of Attorney Firm (If any) |
| Name & Mailing JUDD NYDES / NYDES-SPURR GROUP, LLC Address of Individual 14 PENN PLAZA SUITE 1101 Signing in Representative NY NY 10122 Capacity   JUDD NYDES, CEO | |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | |
| | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner   NYDES-SPURR GROUP LLC (DBA SPURR)   14 PENN PLAZA   NY NY 10122   SUITE 1101 | Nature of Claim   GOODS SOLD | Amount of Claim   $ 6,046.88 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

✓ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>LUTZ & PATMOS<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        Lutz & Patmos<br>Address of Individual   425 West 13th Street, Ste 406<br>Signing in Representative NY, NY 10014<br>Capacity | x _Darl A. Ign_____<br>Signature of Attorney                    Date<br>                    Perkins Coie LLP<br>Name of Attorney Firm (If any)<br><br>Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No.312.324.8400 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>LOEFFLER RANDALL<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        Loeffler Randall<br>Address of Individual   525 Broadway, Ste. 200<br>Signing in Representative NY, NY 10012<br>Capacity | x_____<br>Signature of Attorney                    Date<br>                    Perkins Coie LLP<br>Name of Attorney Firm (If any)<br><br>Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No. 312.324.8400 |
| x_____ CEO / President<br>Signature of Petitioner or Representative (State title)<br>    Wen Zhou          7/13/09<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing        3.1 Phillip lim LLC<br>Address of Individual   260 W 39TH ST 9TH FL<br>Signing in Representative<br>Capacity            NY NY 10018 | x_____<br>Signature of Attorney                    Date<br><br><br>Name of Attorney Firm (If any)<br><br>Address<br><br><br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>LUTZ & PATMOS | Nature of Claim<br>GOODS SOLD | Amount of Claim<br>$45,844.63 |
| Name and Address of Petitioner<br>LOEFFLER RANDALL | Nature of Claim<br>GOODS SOLD | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor___ PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| LUTZ & PATMOS | Perkins Coie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing   Lutz & Patmos | Address 131 S. Dearborn |
| Address of Individual   425 West 13th Street, Ste 406 | Suite 1700 |
| Signing in Representative   NY, NY 10014 | Chicago, IL 60603 |
| Capacity | |
| | Telephone No.312.324.8400 |
| x_____ | x_____ Date____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| LOEFFLER RANDALL | Perkins Coie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing   Loeffler Randall | Address 131 S. Dearborn |
| Address of Individual   525 Broadway, Ste. 200 | Suite 1700 |
| Signing in Representative   NY, NY 10012 | Chicago, IL 60603 |
| Capacity | |
| | Telephone No. 312.324.8400 |
| x_Ashley Melissa Abess_ PRESIDENT | x_____ Date____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| (d.b.a.) CHRIS BENZ (BENZ-ABESS) 7/16/09 | PERKINS COIE LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing   CHRIS BENZ | Address 131 S DEARBORN |
| Address of Individual   307 W. 38th ST. | SUITE 1700 |
| Signing in Representative   #1201 | CHICAGO, IL 60603 |
| Capacity   NY, NY 10018 | Telephone No. 312-324-8400 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| LUTZ & PATMOS | GOODS SOLD | $45,844.63 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| LOEFFLER RANDALL | GOODS SOLD | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| CHRIS BENZ | GOODS SOLD | $31,236.00 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor___PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>LUTZ & PATMOS | x_____           Date<br>Signature of Attorney<br>Perkins Coie LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Lutz & Patmos<br>425 West 13th Street, Ste 406<br>NY, NY 10014 | Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No.312.324.8400 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>LOEFFLER RANDALL | x_____           Date<br>Signature of Attorney<br>Perkins Coie LLP |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Loeffler Randall<br>525 Broadway, Ste. 200<br>NY, NY 10012 | Address  131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No. 312.324.8400 |
| x _Maria W Cllcl_<br>Signature of Petitioner or Representative (State title)<br>BAYERTREE LTD T/A OLIVER SPENCER | x _____           Date<br>Signature of Attorney |
| Name & Mailing Address of Individual Signing in Representative Capacity | BAYERTREE LTD.<br>19-21 PICCADILLY ARCADE<br>LONDON SW1Y 6NH<br>MALINA WAUROCK AS DIRECTOR OF<br>BAYERTREE LTD. | Name of Attorney Firm (If any)<br>Address<br><br><br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>LUTZ & PATMOS | Nature of Claim<br><br>GOODS SOLD | Amount of Claim<br>$45,844.63 |
| Name and Address of Petitioner<br>LOEFFLER RANDALL | Nature of Claim<br><br>GOODS SOLD | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2      **Name of Debtor**    PRICE ALLEN INC.

                                        **Case No.** _____

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x____ _Mayle, President_ | x____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| _Little Escargot / Mayle_ | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| _Jene Mayle, Mayle_    _7·8·09_ | |
| Name & Mailing   _Mayle_ | |
| Address of Individual _247 West 38th Street, 16th flr._ | |
| Signing in Representative _N.Y. N.Y. 10018_ | |
| Capacity | |
| | Telephone No. |

| | |
|---|---|
| x____ | x____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| | |
|---|---|
| x____ | x____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney       Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| _Little Escargot / Mayle_ | _Goods SAD_ | _$11,172.02_ |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| | |
|---|---|
| **Note:** If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – **Page 2**                    Name of Debtor_____ PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| □ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____   x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney            Date

Name of Petitioner: LYELL          Date Signed: 7/9/09       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:  LYELL  325 W. 38TH #409  NY, NY 10018

Telephone No.

---

x_____   x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney            Date

Name of Petitioner            Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Telephone No.

---

x_____   x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney            Date

Name of Petitioner            Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address

.

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| LYELL | GOODS SOLD | $6090.11 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                                           Name of Debtor    PRICE ALLEN INC.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| LUTZ & PATMOS | Perkins Coie LLP |
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Lutz & Patmos | Address 131 S. Dearborn |
| Address of Individual   425 West 13th Street, Ste 406 | Suite 1700 |
| Signing in Representative  NY, NY 10014 | Chicago, IL 60603 |
| Capacity | |
|  | Telephone No. 312.324.8400 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| LOEFFLER RANDALL | Perkins Coie LLP |
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Loeffler Randall | Address 131 S. Dearborn |
| Address of Individual   525 Broadway, Ste. 200 | Suite 1700 |
| Signing in Representative  NY, NY 10012 | Chicago, IL 60603 |
| Capacity | |
|  | Telephone No. 312.324.8400 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| THE FETHERSTON DESIGN GROUP | Perkins Coie LLP |
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          The Fetherston Design Group | Address 131 S. Dearborn |
| Address of Individual   252 West 37th Street Suite 1801 | Suite 1700 |
| Signing in Representative  NY, NY 10018 | Chicago, IL 60603 |
| Capacity | |
|  | Telephone No. 312.324.8400 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| LUTZ & PATMOS | GOODS SOLD | $45,844.63 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| LOEFFLER RANDALL | GOODS SOLD | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| THE FETHERSTON DESIGN GROUP | GOODS SOLD | $19004.04 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor   PRICE ALLEN INC.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. |

<table>
<tr>
<td>x_____<br>Signature of Petitioner or Representative (State title)<br>LUTZ & PATMOS<br>Name of Petitioner         Date Signed<br><br>Name & Mailing    Lutz & Patmos<br>Address of Individual  425 West 13th Street, Ste 406<br>Signing in Representative  NY, NY 10014<br>Capacity</td>
<td>x_____                   <br>Signature of Attorney               Date<br>Perkins Coie LLP<br>Name of Attorney Firm (If any)<br>Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No.312.324.8400</td>
</tr>
<tr>
<td>x_____<br>Signature of Petitioner or Representative (State title)<br>LOEFFLER RANDALL<br>Name of Petitioner         Date Signed<br><br>Name & Mailing    Loeffler Randall<br>Address of Individual  525 Broadway, Ste. 200<br>Signing in Representative  NY, NY 10012<br>Capacity</td>
<td>x_____                 <br>Signature of Attorney               Date<br>Perkins Coie LLP<br>Name of Attorney Firm (If any)<br>Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No. 312.324.8400</td>
</tr>
<tr>
<td>x_____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner  CORRY BARREVELT  Date Signed 7/7/09<br>Name & Mailing  CRS International Inc<br>Address of Individual  3027 Route 9<br>Signing in Representative  Cold Spring<br>Capacity              NY 10516<br>President</td>
<td>x_____<br>Signature of Attorney               Date<br>Name of Attorney Firm (If any)<br>Address<br><br><br>Telephone No.</td>
</tr>
</table>

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>LUTZ & PATMOS | Nature of Claim<br>GOODS SOLD | Amount of Claim<br>$45,844.63 |
| Name and Address of Petitioner<br>LOEFFLER RANDALL | Nature of Claim<br>GOODS SOLD | Amount of Claim |
| Name and Address of Petitioner<br>CRS International Inc | Nature of Claim<br>Goods Sold | Amount of Claim<br>$ 28,525. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                           Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| *COSTELLO TAGLIAPIETRA* | |
| Name & Mailing Address of Individual Signing in Representative Capacity   *Costello Tagliapietra* *97 2nd Place #3* *Brooklyn, NY 11231* | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| *COSTELLO TAGLIAPIETRA* | *Goods Sold* | *21,039.13* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form  5) (12/07) – Page 2

Name of Debtor   PRICE ALLEN INC.

Case No._____

| **TRANSFER OF CLAIM** |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____ 7/16/09

Signature of Petitioner or Representative (State title)     Date Signed

Name of Petitioner   *CAPRICORN DESIGN LTD. (CARDIGAN Lynne Hirian)*

Name & Mailing   *CAPRICORN DESIGN LTD.*
Address of Individual   *68 JAY STREET SUITE 211*
Signing in Representative   *BROOKLYN NY 11201*
Capacity

x _____

Signature of Attorney     Date

Name of Attorney Firm (If any)   *PERKINS COIE LLP*

*131 S. DEARBORN*
*SUITE 1700*
*CHICAGO, IL  60603*

Telephone No.   *312-324-8400*

x _____

Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____

Signature of Attorney     Date

Name of Attorney Firm (If any)

Telephone No.

x _____

Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____

Signature of Attorney     Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| *CAPRICORN DESIGN LTD* | *GOODS SOLD* | *$8,555.05* |
| Name and Address of Petitioner  *For  CARDIGAN by Lynne HIRIAN* | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____  continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor____PRICE ALLEN INC.____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _(signature)_ PRESIDENT<br>Signature of Petitioner or Representative (State title)<br>DUMAIN & ASSOCIATES, INC    Date Signed 7/10/09<br>Name of Petitioner   DBA BEED | x _(signature)_     Date<br>Signature of Attorney     PERKINS COIE LLP<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br><br>DUMAIN & ASSOCIATES, INC<br>DBA BEED<br>36 BOXBERGER ROAD<br>PINE BUSH, NY 12566 | PERKINS COIE LLP<br>131 S. DEARBORN<br>SUITE 1700<br>CHICAGO, IL 60603<br>Telephone No. 312-324-8400 |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney     Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney     Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>DUMAIN & ASSOCIATES, INC DBA BEED | Nature of Claim<br>GOODS SOLD | Amount of Claim<br>16,134.51 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**B5 (Official Form 5) (12/07) – Page 2**

Name of Debtor_____ PRICE ALLEN INC.

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner          Date Signed  Brian Reyes  7/10/09 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity  Brian Reyes 304 Hudson St, 5th Fl NY, NY 10013 | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any)  Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Brian Reyes | Goods Sold | 8,881.75 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – **Page 2**                                   Name of Debtor ___PRICE ALLEN INC.___

Case No._____

| **TRANSFER OF CLAIM** |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| **REQUEST FOR RELIEF** |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Scott Herbie_ | x _Daniel A Zazove_                                     Date |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| BAND OF OUTSIDERS INC.                  7.13.09 | PERKINS COIE LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing        BAND OF OUTSIDERS INC. | 131 S. DEARBORN |
| Address of Individual   1109 N. EL CENTRO AVE. | SUITE 1700 |
| Signing in Representative  LOS ANGELES, CA 90038 | CHICAGO, IL 60603 |
| Capacity | Telephone No.  312.324.8400 |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | Address |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner BAND OF OUTSIDERS INC. | Nature of Claim GOODS SOLD | Amount of Claim $27,647.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ continuation sheets attached

B5 (Official Form 5) (12/07) — Page 2

Name of Debtor _____PRICE ALLEN INC._____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _//l/l___  CHRIS LICHTENBERG - OWNER | x _Va1A2_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| CHRIS LICHTENBERG / ALEX AND CHLOE | |
| Name of Petitioner                    Date Signed  7-7-09 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   ALEX AN CHLOE  1129 CONQUISTA ANG.  LAKEWOOD, CA 90713  UNITED STATES | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                        Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any)  Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner  ALEX AND CHLOE | Nature of Claim  GOODS SOLD | Amount of Claim  $860.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor    PRICE ALLEN INC.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| LUTZ & PATMOS | Perkins Coie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual **Lutz & Patmos** Signing in Representative **425 West 13th Street, Ste 406** Capacity **NY, NY 10014** | Address 131 S. Dearborn Suite 1700 Chicago, IL 60603

Telephone No.312.324.8400 |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| LOEFFLER RANDALL | Perkins Coie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual **Loeffler Randall** Signing in Representative **525 Broadway, Ste. 200** Capacity **NY, NY 10012** | Address 131 S. Dearborn Suite 1700 Chicago, IL 60603

Telephone No. 312.324.8400 |
| x _~~signature~~_ | x _~~signature~~_ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| PRATHAN POOPAT          7/16/09 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual COMMON PROJECTS LLC Signing in Representative 420 WEST 14TH ST. Capacity SUITE 4NE NEW YORK, NY 10014 | Address

Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| LUTZ & PATMOS | GOODS SOLD | $45,844.63 |
| LOEFFLER RANDALL | GOODS SOLD | |
| Common Projects, LLC | Goods Sold | 5238.79 |

Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B5 (Official Form  5) (12/07) – Page 2                    Name of Debtor   PRICE ALLEN INC.

Case No._____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Sari Gueron_ – PRESIDENT<br>Signature of Petitioner or Representative (State title)<br>SARI GUERON INC.                7/16/09<br>Name of Petitioner                Date Signed<br><br>Name & Mailing  SARI GUERON INC<br>Address of Individual 133 W 25th ST. 4W<br>Signing in Representative  NY, NY 10001<br>Capacity | x _____<br>Signature of Attorney                Date<br>PERKINS COIE LLP<br>Name of Attorney Firm (If any)<br>131 S. DEARBORN<br>SUITE 1700<br>CHICAGO, IL 60603<br><br>Telephone No. (312) 324-8400 |
| x _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner                Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney                Date<br><br>Name of Attorney Firm (If any)<br><br><br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner                Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney                Date<br><br>Name of Attorney Firm (If any)<br>Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| SARI GUERON INC. | GOODS SOLD | $30,240 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____ PRICE ALLEN INC.

Case No. _____

| TRANSFER OF CLAIM |
| --- |
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
| --- | --- |
| x _____<br>Signature of Petitioner or Representative (State title)<br>LUTZ & PATMOS<br>Name of Petitioner | x _____ Date _____<br>Signature of Attorney<br>Perkins Coie LLP |
| Date Signed _____ | Name of Attorney Firm (If any) |
| Name & Mailing        Lutz & Patmos<br>Address of Individual    425 West 13th Street, Ste 406<br>Signing in Representative  NY, NY 10014<br>Capacity | Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No. 312.324.8400 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>LOEFFLER RANDALL<br>Name of Petitioner | x _____ Date _____<br>Signature of Attorney<br>Perkins Coie LLP |
| Date Signed _____ | Name of Attorney Firm (If any) |
| Name & Mailing        Loeffler Randall<br>Address of Individual    525 Broadway, Ste. 200<br>Signing in Representative  NY, NY 10012<br>Capacity | Address 131 S. Dearborn<br>Suite 1700<br>Chicago, IL 60603<br><br>Telephone No. 312.324.8400 |
| x _____<br>Signature of Petitioner or Representative (State title) | x _____ Date _____<br>Signature of Attorney |
| Name of Petitioner | Name of Attorney Firm (If any) |
| Date Signed _____ | Address |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | <br><br>Telephone No. |

| PETITIONING CREDITORS | | |
| --- | --- | --- |
| Name and Address of Petitioner<br>LUTZ & PATMOS | Nature of Claim<br>GOODS SOLD | Amount of Claim<br>$45,844.63 |
| Name and Address of Petitioner<br>LOEFFLER RANDALL | Nature of Claim<br>GOODS SOLD | Amount of Claim |
| Name and Address of Petitioner<br>Behnaz Sarafpour ltd | Nature of Claim<br>Goods Sold | Amount of Claim<br>$11,915.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form  5) (12/07) – Page 2      Name of Debtor___ PRICE ALLEN INC.___

Case No._____

TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _ISA SAAB_     x _Carl H. Z_ ___ Date
Signature of Petitioner or Representative (State title)    Signature of Attorney
_ISA LLC DBA NOM de GUERRE_
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing _NOM dE GUERRE_
Address of Individual _640 BROADWAY lower level_
Signing in Representative _NY, NY 10012_
Capacity

Telephone No.

x _ISA SAALAB_     x ___ Date
Signature of Petitioner or Representative (State title)    Signature of Attorney
_ISA SAALAB_
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Telephone No.

x ___ x ___ Date
Signature of Petitioner or Representative (State title)    Signature of Attorney
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing    Address
Address of Individual
Signing in Representative
Capacity

Telephone No.

PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| _ISA SAALAB - 640 BROADWAY lower level NY NY 10012_ | _GOODS SOLD_ | _$9385_ |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B5 (Official Form 5) (12/07) — Page 2      Name of Debtor   PRICE ALLEN INC.

Case No.

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| CAMILLA SKOVGAARD   15/07/09 | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing   CAMILLA SKOVGAARD | |
| Address of Individual   35A ARLINGFORD ROAD | |
| Signing in Representative   LONDON SW2 2SR | |
| Capacity   UNITED KINGDOM | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| CAMILLA SKOVGAARD | GOODS SOLD | USD$ 6,579.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ continuation sheets attached

FAX +1 212 463 9190